IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | )     CR. NO. 06-00088-CG |
| | ) |
| WOLFGANG SCHROEDER, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

     This matter came on for a Daubert hearing on October 3, 2006. After reviewing the testimony presented, the court found that the testimony of Robert J. Stewart, George Quick and Brian Corlett is admissible under <u>Daubert</u>[1], in that these men are qualified to testify competently regarding the matters they intend to address; the methodology by which they reached their conclusions were sufficiently reliable; and the testimony will assist the jury through the application of technical or specialized expertise to understand the evidence or determine a fact in issue.. Therefore, the objections to the testimony of these three experts are overruled.

     Any other objections to expert testimony will be addressed at the time the proponent of the testimony seeks to offer the opinion(s) in question.

     **DONE and ORDERED** this 4th day of October, 2006.

                                    /s/ Callie V. S. Granade
                               CHIEF UNITED STATES DISTRICT JUDGE

---

[1] <u>Daubert v. Merrel Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993);